AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:22−mj−00252 |
| | ) | Assigned To : Harvey, G. Michael |
| David Krauss, (DOB: XXXXXXXXX) | ) | Assign. Date : 11/14/2022 |
| Nicholas Krauss, (DOB: XXXXXXXXX) | ) | Description: Complaint W/ Arrest Warrant |
| Russell Dodge, Jr., (DOB: XXXXXXXXX) | ) | |
| | ) | |
| | ) | |

*Defendants*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of _____Columbia_____ , the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds; | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_David P. Randolph_
*Complainant's signature*

David Randolph, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____11/14/2022_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*