AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
David Krauss

Defendant

)
) Case: 1:22-mj-00252
) Assigned To : Harvey, G. Michael
) Assign. Date : 11/14/2022
) Description: Complaint W/ Arrest Warrant
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Krauss,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building.

Date: 11/14/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.14 13:09:56 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/22, and the person was arrested on *(date)* 11/15/22
at *(city and state)* Cherry Hill, NJ.

Date: 11/15/22

David P. Randolph
*Arresting officer's signature*

David P. Randolph, FBI SA
*Printed name and title*