NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number    1:22-mj-252

David Krauss

        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☒  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Marina Medvin, DC Bar #995966
*(Attorney & Bar ID Number)*

MEDVIN LAW PLC
*(Firm Name)*

916 Prince St, Ste 109
*(Street Address)*

Alexandria, VA 22314
*(City)          (State)          (Zip)*

888-886-4127
*(Telephone Number)*